10-31369:16.6:Motion for Relief Stay:Proposed Order Entered: 8/2/2010 5:10:44 PM by:Kevin Morse Page 1 of 1

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| | ) | Case No. 10-31369 |
| TREVIAN KUTTI, | ) | |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| | ) | Date: August 5, 2010 |
| | ) | Time: 9:30 a.m. |

## ORDER MODIFYING THE AUTOMATIC STAY

This matter coming to be heard on the Motion of The Towers Condominium Association ("Association") to Modify the Automatic Stay, due notice having been given, and the Court being fully advised in the premises, and having found that cause exists for relief from the automatic stay,

IT IS HEREBY ORDERED that:

1. Pursuant to 11 U.S.C. § 362(d)(1)-(d)(2), the automatic stay is modified to permit the Association to pursue any and all state court remedies available as to the property commonly known as 1221 North Dearborn Street, Unit 1409-S, Chicago, IL, 60610; and

2. The stay imposed by Fed. R. Bankr. P. 4001(a)(3) is waived and this Order is effective immediately to allow the Association to enforce all its rights as a secured creditor of the Property.

DATED:   SEP 0 9 2010        ENTER:

UNITED STATES BANKRUPTCY JUDGE

9139527.1