Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 10−31369
Chapter: 13
Judge: Susan Pierson Sonderby

In Re:
   Trevian C. Kutti
   1221 N. Dearborn St.
   Unit 1409S
   Chicago, IL 60610

Social Security / Individual Taxpayer ID No.:
   xxx−xx−9721

Employer Tax ID / Other nos.:

---

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on September 9, 2010

FOR THE COURT

Dated: September 10, 2010      Kenneth S. Gardner , Clerk
    United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mjerdine              Page 1 of 1                  Date Rcvd: Sep 10, 2010
Case: 10-31369                Form ID: ntcdsm1            Total Noticed: 9

The following entities were noticed by first class mail on Sep 12, 2010.
db           +Trevian C. Kutti,    1221 N. Dearborn St.,    Unit 1409S,    Chicago, IL 60610-2297
aty          +Glenda J Gray,    Law Offices Of Glenda J Gray,    330 North Wabash Avenue Ste 2618,
               Chicago, IL 60611-7616
16102110     +Chase Home Finance LLC,    c/o Pierce & Associates, P.C.,    1 North Dearborn Street,   Suite 1300,
               Chicago, IL 60602-4321
16014595     +New York Community Bank,    Dept OH98-0811,    1111 Chester Avenue,    Cleveland, Ohio 44114-3545
15915969     +The Towers Condo Assn,    P O Box 66089,    Chicago, IL 60666-0089
15848107     +Towers Codominiums,    Arnstein and Lehr,    120 S Riverside Plaza #1200,    Chicago Il 60606-3910
The following entities were noticed by electronic transmission on Sep 10, 2010.
tr           +E-mail/Text: 341NOTICE@TVCH13.NET                           Tom Vaughn,
               200 South Michigan Ste 1300,    Chicago, IL 60604-2429
15915968     +EDI: CHASE.COM Sep 10 2010 19:38:00      Chase,   P O Box 260180,    Baton Rouge, LA 70826-0180
15848108      E-mail/Text: legalcollections@comed.com                              ComEd,    PO Box 6111,
               Carol Stream IL   60197-6111
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 12, 2010**                    **Signature:** _Joseph Speetjens_